1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Hernandez-Figueroa

7 UNITED STATES DISTRICT COURT
8 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, ) | Case No. 07mj3000 |
| ) | |
| 11      Plaintiff, ) | |
| ) | |
| 12 v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| 13 FRANCISCO HERNANDEZ-FIGUEROA, ) | |
| ) | |
| 14      Defendant. ) | |
| ) | |

15
16          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
17 Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the
18 above-captioned case.
19                                                                      Respectfully submitted,
20 Dated: January 2, 2008                                 /s/ Bridget Kennedy
                                                                           Federal Defenders of San Diego, Inc.
21                                                                      Attorneys for Defendant
                                                                           *bridget_kennedy@fd.org*
22
23
24
25
26
27
28