Case 3:07-mj-03000-CAB     Document 4-2     Filed 01/02/2008     Page 1 of 1

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Hernandez-Figueroa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07mj3000 |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **FRANCISCO HERNANDEZ-FIGUEROA,** ) | |
| Defendant. ) | |

     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov,

Dated: January 2, 2008                      *s/ Bridget Kennedy*
                                                **BRIDGET KENNEDY**
                                                **TIMOTHY R. GARRISON**
                                                Federal Defenders
                                                225 Broadway, Suite 900
                                                San Diego, CA 92101-5030
                                                (619) 234-8467 (tel)
                                                (619) 687-2666 (fax)
                                                bridget_kennedy@fd.org
                                                timothy_garrison@fd.org